# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT J. WESTENDORF & CHRISTINA M. WESTENDORF        Case Number: 04-74503
6800 PIPPIN WAY                   SSN-xxx-xx-1468 & xxx-xx-7156
CITRUS HEIGHTS, CA  95621

Case filed on: 9/9/2004
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,935.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NANCY MINDRUP, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT J. WESTENDORF | 0.00 | 0.00 | 486.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 486.45 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 2,334.71 | 548.14 | 548.14 | 0.00 |
| 002 | WESTERN FUNDING INC | 4,000.00 | 4,000.00 | 4,000.00 | 1,136.02 |
| 003 | WINNEBAGO COUNTY TREASURER | 3,200.00 | 2,746.54 | 2,746.54 | 908.84 |
|  | Total Secured | 9,534.71 | 7,294.68 | 7,294.68 | 2,044.86 |
| 002 | WESTERN FUNDING INC | 4,990.62 | 0.00 | 0.00 | 0.00 |
| 005 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 607.47 | 0.00 | 0.00 | 0.00 |
| 008 | JOHN V. KIM DDSPC | 359.20 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 724.84 | 0.00 | 0.00 | 0.00 |
| 010 | ROCK RIVER WATER RECLAMATION | 157.02 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HOMEQ SERVICING | 14,508.30 | 0.00 | 0.00 | 0.00 |
| 014 | HOMEQ SERVICING | 25,512.42 | 0.00 | 0.00 | 0.00 |
| 015 | FRIEDMAN & WEXLER LLC #91761 | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 46,859.87 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 57,758.58 | 8,658.68 | 9,145.13 | 2,044.86 |

Total Paid Claimant:      $11,189.99
Trustee Allowance:         $745.01          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008         By  /s/Heather M. Fagan